**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

carol@yosemitelawyer.com

Attorney for Defendant, RIVER RECATTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-po-00700-JDP |
| Plaintiff, | **REQUEST FOR CONTINUANCE OF INITIAL APPEARANCE TO JANUARY 29, 2019; REQUEST FOR A RULE 43 WAIVER & INITIAL APPEARANCE BY VIDEO CONFERENCE; & ORDER THEREON** |
| v. | |
| RIVER RECATTO, | |
| Defendant. | Date:  January 29, 2019<br>Time: 10:00 AM<br>Judge: Hon. Jeremy D. Peterson |

     Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant RIVER RECATTO, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his initial appearance, and be allowed to appear via video conference from the Edward J. Schwartz United States District Court in San Diego, California. Mr. Recatto agrees that his interests shall be represented at all times by the presence of his attorney, Carol Moses, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. The government does not object to this request.

1  Mr. Recatto is charged with one count of 36 CFR 2.35 (a)(2)(ii) - Minor in Possession of
2  Alcohol and one count of 36 CFR 2.35 (b)(2) - Possession of a Controlled Substance.
3  Mr. Recatto lives in La Jolla, California and is a student at the University of California,
4  San Diego. The original court date for Mr. Recatto's initial appearance is December 11, 2018.
5  Mr. Recatto has final exams at the university that week and requests the Court allow him to
6  appear on January 29, 2019 by video conference from the federal courthouse in San Diego.
7  The final exam schedule, heavy class schedule and studying requirements for Mr. Recatto
8  make missing class and traveling to Yosemite extremely difficult and time consuming for Mr.
9  Recatto at this time. Mr. Recatto's current residence in La Jolla, California is an 844 mile round
10  trip to and from Yosemite National Park. Google Maps estimates one way travel to take 9 hours
11  and 23 minutes.
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

Mr. Recatto respectfully requests that the Court grant a continuance of the initial appearance currently scheduled for December 11, 2018 to January 29, 2019. Additionally, Mr. Recatto respectfully requests a waiver of his right and obligation to be personally present at the initial appearance and that he be permitted to appear via video conference from the Edward J. Schwartz United States District Court in San Diego, California, for his initial appearance.

Dated:  December 5, 2018                                /s/ Carol Ann Moses
                                                        CAROL ANN MOSES
                                                        Attorney for Defendant,
                                                        RIVER RECATTO


## ORDER

GOOD CAUSE APPEARING, the above request for a continuance of defendant's initial appearance to January 29, 2019, Rule 43 waiver of personal appearance and request to appear via video conference at the federal courthouse in San Diego for River Recatto's initial appearance hearing in Case No. 18-po-00700-JDP on January 29, 2019, is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.


Dated:    December 6, 2018                    _____
                                             UNITED STATES MAGISTRATE JUDGE