| | |
|---|---|
| 1 | **CAROL ANN MOSES  #164193** |
|   | Attorney at Law |
| 2 | 7636 N. Ingram Ave., #104 |
|   | Fresno, California  93711 |
| 3 | Telephone:  (559) 449-9069 |
|   | Facsimile:    (559) 513-8530 |
| 4 | carol@yosemitelawyer.com |
| 5 | Attorney for Defendant, |
| 6 | RIVER RECATTO |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:18-po-00700-JDP |
|  | ) |  |
| Plaintiff, | ) | REQUEST FOR DISMISSAL AND |
|  | ) | TO VACATE REVIEW HEARING; |
|  | ) | ORDER THEREON |
| vs. | ) |  |
|  | ) |  |
|  | ) |  |
| RIVER RECATTO, | ) |  |
|  | ) | Date:  February 25, 2020 |
|  | ) | Time:  10:00 AM |
| Defendant. | ) | Judge: Hon. Jeremy D. Peterson |
| _____ | ) |  |

Defendant RIVER RECATTO, by and through his Attorney of Record, CAROL MOSES, hereby requests that the above captioned matter be dismissed pursuant to Rule 48 of the Federal Rules of Criminal Procedure and the Review Hearing currently scheduled for February 25, 2020, be vacated. The government has no objections.

On March 19, 2019, the Court did not enter judgment on this conviction. Instead, the Court ordered Mr. Recatto to twelve months of unsupervised probation, with the conditions that he obey all laws. He was also ordered to pay a $10.00 special assessment fee and a $990.00 fine totaling a $1,000.00 financial obligation.

///

///

///

ORDER
TO VACATE REVIEW HEARING        1

Mr. Recatto has paid his $1,000.00 financial obligation in full. Mr. Recatto is currently in compliance with all conditions of his probation and he hereby requests that the above captioned matter be dismissed pursuant to Rule 48 of the Federal Rules of Criminal Procedure and his Review Hearing currently scheduled for February 25, 2020 be vacated. Mr. Recatto remains on unsupervised probation until March 19, 2020.

Dated: January 9, 2020  /s/ Carol Ann Moses  
CAROL ANN MOSES  
Attorney for Defendant,  
RIVER RECATTO

ORDER

The court, having reviewed the above request hereby orders as follows:

1. The review hearing for RIVER RECATTO currently scheduled for February 25, 2020, at 10:00 a.m. is vacated.
2. The above captioned matter for RIVER RECATTO is dismissed pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: January 21, 2020

_____
UNITED STATES MAGISTRATE JUDGE