```
 1  CAROL ANN MOSES  #164193
    Attorney at Law
 2  7636 N. Ingram Ave., #104
    Fresno, California  93711
 3  Telephone: (559) 449-9069
    Facsimile:  (559) 513-8530
 4  carol@yosemitelawyer.com

 5  Attorney for Defendant,
    RIVER RECATTO
 6
```

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:18-po-00700-JDP |
| | ) | |
| Plaintiff, | ) | MOTION FOR EXPUNGEMENT AND |
| | ) | ORDER FOR |
| | ) | EXPUNGEMENT |
| vs. | ) | |
| | ) | |
| | ) | |
| RIVER RECATTO, | ) | |
| | ) | Date:  February 25, 2020 |
| | ) | Time: 10:00 AM |
| Defendant. | ) | Judge: Hon. Jeremy D. Peterson |
| _____ | ) | |

Defendant RIVER RECATTO, having not been previously convicted of violating a Federal or State law relating to controlled substances prior to this offense, hereby requests this Court dismiss and expunge the proceedings against him and discharge him from probation, pursuant to 18 U.S.C. § 3607; which states in part:

> "If the case against a person found guilty under section 404 of the Controlled Substances Act (21 U.S.C. § 844(a)) is the subject of a disposition under subsection (a), and the person was less than twenty-one years old at the time of the offense, the court shall enter an expungement order upon the application of such person."

The government has no objection.

On September 1, 2018, Defendant RIVER RECATTO was charged by citation with 36

C.F.R. § 2.35(a)(2)(ii) – Minor in Possession of Alcohol and 36 C.F.R. § 2.35(b)(2) - Possession of a Controlled Substance (Mushrooms). At the time, Mr. Recatto was under twenty-one years of age. On March 19, 2019, Mr. Recatto pleaded guilty to one charge of the Superseding Criminal Complaint which alleged 21 U.S.C. § 844 - Possession of a Controlled Substance (Mushrooms). The Court did not enter judgment on this conviction. Instead, the Court ordered Mr. Recatto to twelve months of unsupervised probation, with the conditions that he obey all laws. He was also ordered to pay a $10.00 special assessment fee and a $990.00 fine totaling a $1,000.00 financial obligation.

    Mr. Recatto has paid his $1,000.00 financial obligation in full. Mr. Recatto has also thrived in his educational and professional endeavors since his citations. Mr. Recatto has recorded some of his highest collegiate GPAs to date, taken more units this year than any other previous year, and found a position as an intern at a pharmaceutical company in La Jolla, California where he works twenty hours a week.

    Mr. Recatto is currently in compliance with all conditions of his probation. He hereby requests that the above captioned matter be dismissed and expunged pursuant to 18 U.S.C. § 3607 and that he be discharged from probation.

Dated: February 18, 2020                          /s/ Carol Ann Moses
                                                           CAROL ANN MOSES
                                                           Attorney for Defendant,
                                                           RIVER RECATTO

ORDER

The court, having reviewed the above request orders as follows:

1. The above-captioned matter for RIVER RECATTO shall be dismissed and expunged pursuant to 18 U.S.C. § 3607.
2. RIVER RECATTO shall be discharged from probation.

IT IS SO ORDERED.

Dated:     February 18, 2020

_____
UNITED STATES MAGISTRATE JUDGE